How IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: <u>2:22-cr-00522-BHH-5</u> |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **JAMES FRANKLIN ROUNTREE** | ) | |
| a/k/a/ James Franklin Roundtree | | |

## ORDER TO RETURN PROPERTY

This matter is before the Court after a motion by the Government to dismiss the Indictment against James Franklin Rountree (Defendant) following his death. (*See* ECF No. 469.) The Court granted that motion and dismissed the charges contained in the Indictment against this Defendant with prejudice. (ECF No. 470.)

Defendant's 1988 Chevrolet Van (VIN: 1GBEG25H6J125853; Asset ID: 22-AIG-000040) and $1,428.00 of United States currency (Asset ID: 22-AIG-000045) was initially confiscated after his arrest for participating in an illegal animal fighting venture and unlawful gambling operation. Defendant has since passed away and the charges against him have been dismissed. Defendant's van and United States currency are currently in the custody of the United States Marshal Service. The van is currently located at Apple Towing at 1236 Industrial Avenue in Gastonia, North Carolina 28356.

Having considered the circumstances, specifically that the charges leading to the forfeiture of the property have been dismissed, the Court hereby orders that Defendant's van and United States currency be returned to Defendant's surviving daughter, Erica Roundtree, at her home address of 85 Conway Road in Barnwell, South Carolina 29812.

Specifically, the van and United States Currency are to be delivered to 85 Conway Road, Barnwell, South Carolina 29812. All arrangements, expenses, and logistics of transporting the van and cash back to Defendant's surviving daughter, Erica Roundtree, are to be assumed by the United States Marshal Service. Defendant's surviving daughter, Erica Roundtree, shall comply with all requirements necessary under the law, at her own expenses, for the release of this property.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

April 1, 2024
Charleston, South Carolina